UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
5118 U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA, PA 19106

May 26, 2021

Richard H. Kim, Esq.
The Kim Law Firm, LLC
1635 Market St. Suite 1600
Philadelphia, PA 19103

RE: GERALD GIAIMIS v. TRANS UNION, LLC et al
CIVIL ACTION NO. 20-4764

Dear Counsel,

A review of the docket shows that service of the complaint has not been made as to defendants Equifax Information Services LLC and Experian Information Solutions, Inc.

Rule 4(m) of the Federal Rules of Civil Procedure requires that the defendants must be served with the complaint within ninety days after the complaint is filed. If service is not made by June 11, 2021, the action will be dismissed without prejudice for lack of prosecution unless good cause for the failure to comply with Rule 4(m) is shown prior to that time.

Mark A. Rafferty
Deputy Clerk to Judge Marston
267-299-7370